UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DERON LOVE,

        Plaintiff,

  v.                                                        Case No. 07-C-816

DAVID GARDISON, MELETHA KORDUS,
SGT. DULAN, and DEPUTY SAMFLIPPO,

        Defendants.

**ORDER**

Plaintiff Deron Love has filed a motion requesting that the court clarify its Order of October 15, 2007. More specifically, he asks the court to clarify whether he may proceed with claims arising from incidents that allegedly occurred at the Milwaukee County Jail, in addition to those that allegedly took place at the Milwaukee House of Corrections.

The confusion arises from the Order of October 15, 2007, granting Love's motion to proceed *in forma pauperis*. When summarizing the claims on which Love may proceed, I omitted the Milwaukee County Jail as the setting of some of the alleged constitutional violations. This was a clerical error. When discussing the claims in greater depth, I did indicate that Love would be allowed to proceed on claims arising from incidents that allegedly took place there. The Order of October 15, 2007, is therefore amended as follows: Love may proceed on his claims that his constitutional rights were violated by the defendants acting in their individual capacities while he

was housed at the Milwaukee County House of Corrections and the Milwaukee County Jail. The Order of October 15, 2007 is otherwise unchanged.

Dated this   19th   day of November, 2007.

                                          s/ William C. Griesbach
                                          William C. Griesbach
                                          United States District Judge