UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

DERON LOVE

        Plaintiff,

  v.                                      Case No. 07-C-816

DAVID GARDISON, et al.

        Defendants.

**ORDER**

The court held a status conference by telephone in this case at which the pro se plaintiff failed to appear. A notice of the status conference was previously mailed to the last known address of the plaintiff and included a warning that his failure to appear would result in dismissal of his case. The notice was returned as undeliverable, and Defendants have moved the court for a dismissal.

NOW, THEREFORE, IT IS ORDERED that defendants' motion to dismiss is granted and this case is dismissed. Plaintiff may seek to reopen his case within 21 days by showing cause as to why he did not appear for today's hearing and why he has not kept the court informed of his current residence. If plaintiff does not show cause within 21 days, the dismissal shall be deemed final and with prejudice.

Dated at Green Bay, Wisconsin this  25th  day of November, 2008.

                                                s/ William C. Griesbach
                                                William C. Griesbach
                                                United States District Judge